FILED
SUPERIOR COURT
OF GUAM

2022 FEB 22 PM 2: 32

CLERK OF COURT

By:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| PEOPLE OF GUAM,<br><br>                                   Plaintiff,<br><br>vs.<br><br>DARA JEAN PADAMA,<br>DOB: 03/07/2002<br><br>                                   Defendant. | Criminal Case No. CM0001-22<br>GPD Report No: 21-32945<br><br><br>**DECISION AND ORDER FINDING DEFENDANT COMPETENT TO STAND TRIAL** |

### INTRODUCTION

This matter came before the Honorable Alberto E. Tolentino on February 16, 2022, for a Competency Hearing. Assistant Public Defender Kathleen Aguon appeared for Dara Jean Padama ("Defendant"). Assistant Attorney General Dannis Le appeared for the People of Guam ("People"). Having considered the Defendant's Forensic Evaluation, the parties' oral arguments, and the applicable law, the Court now issues the following Decision and Order and **finds Defendant competent to stand trial.**

### BACKGROUND

On October 4, 2021, Defendant was arrested and charged with the following: (1) Violation of a Court Order (As a Misdemeanor) and (2) Harassment (As a Misdemeanor). Mag.

Complaint, Jan. 2, 2021. Police records indicate Defendant threatened her grandmother while on pre-trial release in Superior Court of Guam Case No. CM0287-21. *Id.* On January 13, 2022, Defendant pled Not Guilty by Reason of Mental Illness, Disease, or Defect. Minute Entry, Jan. 13, 2022. Pursuant to 9 GCA § 7.25, the Client Services and Family Counseling Division of the Superior Court of Guam ("CSFC") arranged for Defendant to undergo a forensic evaluation with a qualified psychologist. Order for Forensic Evaluation, Jan. 13, 2022. On February 3, 2022, Defendant underwent her forensic evaluation with Dr. Juan Rapadas, an expert clinical psychologist at CSFC. Forensic Evaluation at 2, Feb. 10, 2022. The Court held a hearing on February 16, 2022, to determine Defendant's competency to stand trial. After hearing the arguments of the parties, the Court found Defendant competent to stand trial.

## DISCUSSION

"A defendant is incompetent to be proceeded against in a criminal action if, as a result of mental illness . . . he is unable (1) to understand the nature of the proceedings, (2) to assist and cooperate with counsel, (3) to follow the evidence, or (4) to participate in his defense." 9 GCA § 7.37(a)(1)–(4).

Dr. Rapadas stated in his forensic evaluation that it was his opinion that Defendant is "competent to be proceeded against and to be sentenced based on her current mental status measurement on the [Mini-Mental Status Examination], her education, demographic, and clinical presentation history." Forensic Evaluation at 5, Feb. 10, 2022. Defendant agrees with Dr. Rapadas's findings. Digital Recording at 10:09:11–10:10:08 (Mot. H'rg. Feb. 16, 2022). Accordingly, the Court finds Defendant competent to stand trial.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

For the above reasons, the Court makes the following findings of fact and conclusions of law:

- Defendant does possess the mental competency "(1) to understand the nature of the proceedings, (2) to assist and cooperate with counsel, (3) to follow the evidence, or (4) to participate in his defense." 9 GCA § 7.37(a)(1)–(4).

- Defendant is currently competent to stand trial.

- Defendant can make any diminished capacity defense she may have at trial.

SO ORDERED, this 22 day of February , 2021.

_____
HONORABLE ALBERTO E. TOLENTINO
Judge, Superior Court of Guam